**Appeal Dismissed and Memorandum Opinion filed July 28, 2026.**



In The

# Fifteenth Court of Appeals

---

## NO. 15-26-00010-CV

---

### JAMES TAYLOR A/K/A JAMES TAYLOR JR., Appellant

### V.

### STEPHANIE JOY LEWIS, Appellee

---

**On Appeal from the 330th District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-25-00684**

---

### MEMORANDUM OPINION

Appellant's brief was due June 1, 2026. On June 12, 2026, we notified Appellant that his brief had not been filed as required under the rules. *See* TEX. R. APP. P. 38.6(a). We also informed Appellant that we could dismiss this appeal for want of prosecution unless, on or before June 22, 2026, Appellant filed either a motion for extension of time or a brief accompanied by a motion for extension of time reasonably explaining the brief's untimely filing. *See* TEX. R. APP. P. 10.5(b), 38.8(a)(1). We have received no response. Accordingly, we dismiss this appeal for

want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.